UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:08CV-P505-H

**TIMOTHY DEWAYNE MAYNARD**                                        **PLAINTIFF**

**v.**

**TOM CAMPBELL, DIRECTOR**                                          **DEFENDANT**

### **ORDER**

      For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised, **IT IS ORDERED** that the instant action is **DISMISSED without prejudice** as abandoned.

      There being no just reason for delay in its entry, this is a final Order.

      This Court further **certifies** that an appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:     Plaintiff, *pro se*
4412.005